USDC SCAN INDEX SHEET

















BAR   7/20/99    15:13

3:99-CV-01485   MONTENENGRO V. ADMONT INC MONEY

*1*

*CMP.*

1

2   **SEAN T. O'BRYAN (State Bar No. 116065)**
    **Attorney at Law**
3   **701 "B" Street, Suite 1050**
    **San Diego, California 92101-8103**
    **Telephone (619) 231-3479**
4

    Attorney for Plaintiffs

5



FILED

99 JUL 19 PM 3: 46

CLERK U.S. DISTRICT

DEPUTY

6

7

8

9                   UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11                                              '99 CV 1485 TW LSP

12   ALEJANDRO MONTENENGRO,            )   Case No.
     HUMBERTO HERRERA, ELIZABETH       )
13   RODRIGUEZ, JUAN VALDOVINOS, MARIA )   COMPLAINT FOR
     HERNANDEZ, URBANO RUANO, JOSE     )   DAMAGES AND FOR
     PRIEGO, JOSE OSEGUERA, MARIA C.   )   CLARIFICATION OF
14   SALCIDO, ANTONIO SOTO, MARIA SOTO,)   RIGHTS
     GREGORIA TEJEDA, GRACIELA BRITO,  )
15   ARTURO RODRIGUEZ, RUTH ANN TEJEDA,)
     INEZ DIAZ TORRES, HERLINDA M. CRUZ,)
16   GUSTAVO CORTEZ, ALFONSO CORTEZ, ABEL)
     BRITO, SILVANO BRITO, JAVIER RANGEL,)
17   LYDIA RANGE, ZEFRINO MONTENEGRO,  )
     MARIA MONTENEGRO, ANA ROSA        )
18   FERNANDEZ, MIGUEL MARTEL, AGUSTIN )
     MATA, JOSE MATA, LOURDES MEJORADO,)
19   SAUL MONTELONGO, ISMAEL MONTENEGRO,)
     CRISTELA MORA, CRISTELA GARCIA,   )
20   ANTONIO BARAJAS, FRANCISCO BARAJAS,)
     ROGUE CARO, JOSEFINA CELAYA,      )
21   ANTONIO JOSE SERNA, ISMAEL CONDE, )
     JORGE V. GALLEGOS, LEONOR ALVARADO,)
22   ROSA ACUNA, JAVIER ACUNA, JOSEPH  )
     ARENAS, ESTHER AYALA, DOMINGO     )
23   CHAVEZ, MARTHA P. BAEZ, PATRICIA  )
     PEREZ, MIGUEL ACEVEDO, REGLA TEJEDA,)
24   RAFAEL GUTIERREZ, CRUZ E. LOPEZ,  )
     FRANCISCO CHAVEZ, RAMON OSEGUERA, )
25   ANTONIO GARCIA, JESUS L. GARCIA,  )
     VICTOR GONZALEZ, MARIA R. LOPEZ,  )
26   HECTOR M. LOPEZ, ANTONIO ZARAGOZA,)
     JOSE HERNANDEZ, AND JOSE GUTIERREZ,)
27                                      )
                        Plaintiffs,     )
28                                      )
     v.                                 )
                                        )

                            1

ADMONT INC. MONEY PURCHASE PENSION )
PLAN; ADMONT INC. PROFIT SHARING )
PLAN; PAT COCHRANE, Trustee of the )
Admont Inc. Money Purchase Pension )
Plan and Trustee of the Admont Inc. )
Profit Sharing Plan; MERRILL, LYNCH,)
PIERCE, FENNER, & SMITH, INC., )
                                    )
                    Defendants.     )
_____)

FIRST CLAIM
(Breach of Fiduciary Duty - 29 U.S.C. § 1109
Violation of ERISA - 29 U.S.C. §1132 (a))

1. Defendant ADMONT INC. MONEY PURCHASE PENSION PLAN and Defendant ADMONT INC. PROFIT SHARING PLAN are employee benefit plans within the meaning of 29 U.S.C. §1132. These Defendants will be referred to herein collectively as "the Plans."

2. Defendant PATRICK COCHRANE is, and was at all times herein mentioned, the trustee of the Plans and a fiduciary of the Plans within the meaning of 29 U.S.C. §1102 (a).

3. Defendant MERRIL, LYNCH, PIERCE, FENNER, & SMITH, INC., is the entity which is now in control of the funds of the Plans. Its office located at 111 W. Ocean Blvd. 24th Floor Long Beach, CA is handling the accounts of the Plans.

4. Plaintiffs, ALEJANDRO MONTENENGRO, HUMBERTO HERRERA, ELIZABETH RODRIGUEZ, JUAN VALDOVINOS, MARIA HERNANDEZ, URBANO RUANO, JOSE PRIEGO, JOSE OSEGUERA, MARIA C. SALCIDO, ANTONIO SOTO, MARIA SOTO, GREGORIA TEJEDA, GRACIELA BRITO,  ARTURO RODRIGUEZ, RUTH ANN TEJEDA, INEZ DIAZ TORRES, HERLINDA M. CRUZ, GUSTAVO CORTEZ, ALFONSO CORTEZ, ABEL BRITO, SILVANO BRITO, JAVIER RANGEL, LYDIA RANGEL, ZEFRINO MONTENEGRO, MARIA MONTENEGRO, ANA ROSA FERNANDEZ, MIGUEL MARTEL, AGUSTIN

2

MATA, JOSE MATA, LOURDES MEJORADO, SAUL MONTELONGO, ISMAEL
MONTENEGRO, CRISTELA MORA, CRISTELA GARCIA, ANTONIO BARAJAS,
FRANCISCO BARAJAS, ROGUE CARO, JOSEFINA CELAYA, ANTONIO JOSE
SERNA, ISMAEL CONDE, JORGE V. GALLEGOS, LEONOR ALVARADO,
ROSA ACUNA, JAVIER ACUNA, JOSEPH ARENAS, ESTHER AYALA, DOMINGO
CHAVEZ, MARTHA P. BAEZ, PATRICIA PEREZ, MIGUEL ACEVEDO, REGLA
TEJEDA, RAFAEL GUTIERREZ, CRUZ E. LOPEZ, FRANCISCO CHAVEZ,
RAMON OSEGUERA, ANTONIO GARCIA, JESUS L. GARCIA, VICTOR
GONZALEZ, MARIA R. LOPEZ, HECTOR M. LOPEZ, ANTONIO ZARAGOZA,
JOSE HERNANDEZ, AND JOSE GUTIERREZ are participants in the
Plans.   Plaintiff Alejandro Montenegro resides in San Diego
County, CA.

     5.   This court has federal question jurisdiction over
this matter pursuant to 29 U.S.C. §1331 and 29 U.S.C.
§1132 (e).   Venue is proper in this district because several
plaintiffs reside in San Diego County, CA.

     6.   Admont Inc., which formerly employed the Plaintiffs,
ceased operating in or about 1993.   The Plans have continued
to exist since that time.   In 1998 and thereafter Plaintiffs
demanded that their interests in the Plans be distributed to
them pursuant to the terms of the Plans which permit
lump sum distributions. Defendant PAT COCHRANE, in violation
of his fiduciary duty to Plaintiffs and to the Plans, has
refused to cause Plaintiffs' interests in the Plans to be
distributed to Plaintiffs and has refused to direct Defendant
MERRIL, LYNCH, PIERCE, FENNER & SMITH, INC. to distribute
Plaintiffs' interests in the Plans to Plaintiffs.   Plaintiffs
have attempted adminstrative resolution of this matter

3

which has been futile in that Defendant PAT COCHRANE has

refused to communicate with Plaintiffs, or Plaintiffs'

attorneys, and has done nothing to comply with Plaintiffs'

requests.   Pursuant to the terms of the Plans, Plaintiffs

have a right to a lump sum distribution of their interests in

the Plans.   Plaintiffs are informed and believe and thereon

allege Defendant PAT COCHRANE has caused money out of the

Plans to be loaned to Defendant PAT COCHRANE which money has

not been paid back to the Plans.   The conduct of Defendant PAT

COCHRANE alleged herein is in breach of his fiduciary duties

under 29 U.S.C. §1104 and 29 U.S.C. §1109 and is in

violation of Plaintiffs' rights under 29 U.S.C. §1132.

        7.   The conduct of Defendants PAT COCHRANE and the

Plans alleged herein has legally caused Plaintiffs to

not recieve their interests in the Plans all to their

damage in an amount to be proved.   The conduct of

Defendants PAT COCHRANE and the Plans has caused Plaintiffs to

lose interest on their interests in the Plans from the

date those amounts should have been distributed to

Plaintiffs until those amounts are distributed.

The conduct of Defendants PAT COCHRANE and the Plans

have further caused Plaintiffs to incur attorney's

fees and expenses and will caused Plaintiffs to incur

attorney's fees and expenses in the future all to their

damage in an amount to be proved and which are claimed

pursuant to 29 U.S.C. §1132 (g) and the terms of the Plans.

        8.   Defendant MERRILL, LYNCH, PIERCE, FENNER & SMITH,

INC. currently has custody of the funds of the Plans which

Plaintiffs are informed and believe, and thereon allege,
are invested in money market accounts.   Pursuant to
29 U.S.C. §1132 and 29 U.S.C. §1109, Plaintiffs request
Defendants PAT COCHRANE and MERRILL, LYNCH, PIERCE, FENNER
& SMITH, INC. be ordered to prepare an accounting of
Plaintiffs' interests in the Plans, be ordered to retain
custody of Plaintiffs interests in the Plans until this
matter is resolved and their rights are clarified, and to
cause these interests to be distributed to Plaintiffs.
Plaintiffs further request that before this accounting
is done, that Defedant PAT COCHRANE be ordered to pay back
the loan he received from the Plans with all interest owed
so that that amount may be included in the distributions
to be made to Plaintiffs.

WHEREFORE, Plaintiffs pray as follows:

    Against Defendants PAT COCHRANE and the Plans;

    1.   For compensatory damages according to proof;

    2.   For interest;

    3.   For attorney's fees and expenses;

    4.   For an order requiring Defendant PAT COCHRANE
and the Plans to execute all documents necessary to cause
the transfer of Plaintiffs' interests in the Plans to
Plaintiffs;

    5.   For costs of suit;

    6.   For such other and further relief as the court
deems proper;

    Against Defendants PAT COCHRANE and MERRIL, LYNCH,
PIERCE, FENNER & SMITH, INC.

1.   For an order directing these Defendants not to distribute any of Plaintiffs' interests in the Plans or therwise diminish those interests until this matter is resolved;

2.   For an order requiring these Defendants to prepare an accounting of Plaintiffs' interests in the Plans;

3.   For an order requiring that Defendant PAT COCHRANE'S loan and interest owed thereon be deposited into the account of the Plans with MERRIL, LYNCH, PIERCE, FENNER & SMITH, INC. before the accounting of Plaintiffs' interests in the Plans are done and before the requested distributions are made;

4.   For an order requiring these Defendants cause Plaintiffs interests in the Plans to be distributed to them;

5.   For such other and further relief as the court may deem proper.

Dated: _____7/19/ 7 9_____        _____Sean T. O'Bryan_____
                                  Sean T. O'Bryan, Attorney
                                  for Plaintiffs

montcpl.sto

JS 14
(Rev 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

*Alejandro Montenegro, et al.*

**DEFENDANTS**

*Admontone Money Purchase Industrial Plan, et al.*

'99 JUL 14 PM 3:45

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *San Diego*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT *Orange*
(IN U.S. PLAINTIFF CASES ONLY)

DEPUTY

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**'99 CV 1485 TW LSP**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*Sean T. O'Bryan*
*701 "B" Street, Suite 1050*
*San Diego, CA  92101*
*(619) 231-3479*

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only) AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☒ ERISA |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

*29 U.S.C. 1132*

*according to*

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $ *Proof*

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE *7/19/99*

SIGNATURE OF ATTORNEY OF RECORD *Sean T. O'Bryan*

FOR OFFICE USE ONLY

RECEIPT # *51106*   AMOUNT *150*   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___